IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**TEMPLEBLOC, INC.,**                                            **PLAINTIFF,**

**VS.**                                           **CIVIL ACTION NO. 4:06CV85-P-B**

**L.S. HOUSEWRIGHT; ET AL.,**                            **DEFENDANTS.**

## ORDER OF DISMISSAL

This matter comes before the court *sua sponte* in relation to the court's January 31, 2008 Order to Show Cause [6] why this action should not be dismissed without prejudice for failure to effectuate service on the foreign defendants in this action pursuant to Fed. R. Civ. P. 4(f)(1). The Order gave the plaintiff until February 12, 2008 by which to show cause. Neither the plaintiff nor their counsel has contacted the court. The court therefore concludes that this action should be dismissed both for the failure to effectuate service and for the lack of prosecution pursuant to Fed. R. Civ. P. 41(b).

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) The plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** for the reasons discussed in the court's January 31, 2008 Order to Show Cause; therefore,

(2) This case is **CLOSED**.

**SO ORDERED** this the 14th day of February, A.D., 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE